UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-4142 SGL (FFM) | Date | August 14, 2008 |
|---|---|---|---|
| Title | WARREN FRANK v. ROBERT L. AYERS, WARDEN | | |

Present: The Honorable   Frederick F. Mumm, United States Magistrate Judge

| James Munoz | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner:    Attorneys Present for Respondent:

None Present                          None Present

**Proceedings:**   **(IN CHAMBERS) ORDER RE PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS**

The Court has received and reviewed petitioner's request for an extension of time to file objections to the Report and Recommendation of United States Magistrate Judge. Petitioner's request is GRANTED. Petitioner's objections to the report now are due no later than August 24, 2008.

                                                                          : 
                                                    Initials of Preparer      JM