O

ENTERED JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN FRANK, | No. CV 07-04142 SGL (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| ROBERT L. AYERS, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 28, 2008

STEPHEN G. LARSON
United States District Judge